IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF OREGON

| | |
|---|---|
| MELANI NEISZ, <br><br>    Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security <br><br>    Defendant | Civil No. 3:08-CV-913-JE <br><br><br> JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

Judgment is entered for Plaintiff and this case is closed.

DATED this 11 day of September 2008.

_____
UNITED STATES MAGISTRATE JUDGE

JUDGMENT [3:08-CV-913-JE] - Page 1